FILED

MAY 23 2017

Clerk, U.S Courts
District Of Montana
Missoula Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ALETTE JACKSON,<br><br>Cross-Claimant,<br>Cross-Defendant<br><br>vs.<br><br>SAMANTHA PARKS, as the personal representative of the Estate of Sterling Jackson,<br><br>Cross-Claimant,<br>Cross-Defendant. | CV 17–14–M–DWM<br><br>ORDER |

Plaintiff Life Insurance Company of North America seeks to be dismissed from this case. (Doc. 15.) The motion is unopposed.

Accordingly, IT IS ORDERED that the motion is GRANTED. Life Insurance Company of North America is DISMISSED WITH PREJUDICE from this case. IT IS FURTHER ORDERED that the caption be amended as reflected above.

DATED this 23rd day of May, 2017

Donald W. Molloy, District Judge
United States District Court

-1-