IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ALETTE JACKSON,<br><br>        Cross-Claimant/<br>        Cross-Defendant,<br><br>vs.<br><br>SAMANTHA PARKS,<br><br>        Cross-Claimant/<br>        Cross-Defendant. | CV 17-14-M-DWM<br><br>JUDGMENT IN A CIVIL CASE |

    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

    IT IS ORDERED AND ADJUDGED that Judgment is entered in accordance with the Court's Opinion & Order in favor of Alette Jackson and against Samantha Parks.

    Dated this 14th day of September, 2017.

                                    TYLER P. GILMAN, CLERK

                                    By: /s/ Nicole Stephens
                                    Nicole Stephens, Deputy Clerk